AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 21- 104 MB
)
ALIJIAH ROBINSON (YOB 1994) )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____Arizona_____
*(identify the person or describe the property to be searched and give its location):*
See Attachment A-1, Incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B-1, Incorporated by reference

**YOU ARE COMMANDED** to execute this warrant on or before ___May 3, 2021___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.    *the duly Magistrate Judge, Dist-of AZ*
The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ↙  ~~U.S. Magistrate Judge Michelle H. Burns~~
*(United States Magistrate Judge)*

N/A ☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued: __4/19/2021 @ 4:40 pm__    _____[signature]_____
                                                                                     Judge's signature

City and state:    __Phoenix, AZ__    _____U.S. Magistrate Judge Michelle H. Burns_____
                                                                                     *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>21- 104MB | Date and time warrant executed:<br>04/29/2021 @ 0700 hours | Copy of warrant and inventory left with:<br>Emerson Tate |
| Inventory made in the presence of :<br>TFO Keith Medeiros |||
| Inventory of the property taken and name(s) of any person(s) seized:<br>A search of Alijiah Robinson's person was completed. No property items were taken or seized. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/03/2021

SHERVIN DHANANI
Digitally signed by SHERVIN DHANANI
Date: 2021.05.03 23:34:41 -04'00'

*Executing officer's signature*

Special Agent Shervin Dhanani

*Printed name and title*